UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JENNER BENAVIDES, et al., | ) |
| | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 4:20-cv-69-RSB-CLR |
| | ) |
| PATRICK GARTLAND, et al., | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the Southern District of Georgia, hereby gives notice that the undersigned counsel represents the Respondents in this matter and that all notices and correspondence should be furnished to him as counsel of record.

                                                            BOBBY L. CHRISTINE
                                                            UNITED STATES ATTORNEY

                                                            */s/ O. Woelke Leithart*
                                                            O. Woelke Leithart
                                                            Assistant United States Attorney
                                                            Idaho Bar No. 9257

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on April 9, 2020, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*/s/ O. Woelke Leithart*
O. Woelke Leithart
Assistant United States Attorney
Idaho Bar No. 9257