FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 3:35 pm, Jun 16, 2020

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| JENNER BENAVIDES, et al., | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 5:20-cv-46 |
| PATRICK GARTLAND, et al., | ) |
| Respondents. | ) |

## ORDER

Before the Court is Respondents' Motion to Seal, which requests permission for Respondents to file a supplemental brief and any accompanying exhibits under seal. A protective order has already been entered in this case which protects some of the information Respondents wish to discuss in their brief. Petitioners do not object to this Motion. Upon consideration of the Motion, and for good cause shown, it is hereby ORDERED that the Motion to Seal is GRANTED.

Dated June 16, 2020

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA