FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:00 pm, Aug 13, 2020

# In the United States District Court for the Southern District of Georgia Waycross Division

JENNER BENAVIDES, et al.,

    Plaintiffs/Petitioners,

v.

PATRICK GARTLAND, et al.,

    Defendants/Respondents.

No. 5:20-cv-46

## ORDER

Before the Court is Petitioners' notice of voluntary dismissal, dkt. no. 92, wherein they state their intention to dismiss this case. Respondents having filed no answer to the Complaint, Petitioners are entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions. This case will be **STAYED** for **sixty (60) days** in order for the parties to submit motions and/or consent agreements regarding docket filing restrictions.

SO ORDERED, this 13 day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA