# United States District Court
# for the Southern District of Georgia
# Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:44 am, Nov 16, 2020

| | |  |
|---|---|---|
| JENNER BENAVIDES, et al. | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | 5:20cv046 |
| | ) | |
| PATRICK GARTLAND, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioners filed a Notice of Voluntary Dismissal on August 12, 2020, informing the Court that they wished to dismiss this action but reserve the right to move the Court to make certain filings public. The Court stayed this case through November 11, 2020 so the Parties could reach a resolution regarding the unsealing or partial unsealing of a limited number of filings in this case. The Parties were recently granted leave to file certain redacted documents publicly, and they have done so. Dkt. Nos. 97, 98. It appearing to the Court that there are no issues remaining in this case, the Parties are **ORDERED**, within **seven days** of the date of this Order, to file a status update with the Court stating whether any issues remain for resolution so this case can be closed.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA