FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:13 am, Nov 18, 2020

# United States District Court
# for the Southern District of Georgia
# Waycross Division

JENNER BENAVIDES, et al.         )
                                 )
          Petitioners,           )
                                 )
v.                               )       5:20cv046
                                 )
PATRICK GARTLAND, et al.         )
                                 )
          Respondents.           )

## ORDER

Petitioners having previously voluntarily dismissed this action without prejudice, dkt. nos. 92, 93, and the parties having reached an agreement regarding the partial unsealing of documents, dkt. nos. 96, 98, no further issues remain for resolution in this matter. See Dkt. No. 100. The Clerk is **DIRECTED** to close this case.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA